M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Chris Dwayne Williams )
Full name and prison name of )
Plaintiff(s) )
 )
v. )
 )
Elmore Correctional Facility )
(Alabama Department of )
Corrections) )
Elmore Correctional Facility )
(Staff) )
 )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

RECEIVED

2023 DEC 13 A 11: 27

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO.
(To be supplied by Clerk of U.S. District Court)

2:23-CV-718-MHT-CSC

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐  NO ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) _____

_____

Defendant(s) _____

_____

2. Court (if federal court, name the district; if state court, name the county)

_____

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Elmore Correctional Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Elmore Correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

It is the whole staff — (not a list of all people)

| # | NAME | ADDRESS |
|---|---|---|
| 1. | Lt. Carter | 3520 Marion Spillway Rd. Elmore, Al. 36025 |
| 2. | Officer V. Thomas (Ms. Thomas) | 3520 Marion Spillway Rd. Elmore, Al. 36025 |
| 3. | Lt. Taylor | 3520 Marion Spillway Rd Elmore, Al. 36025 |
| 4. | Lt. Pressley | 3520 Marion Spillway Rd Elmore, Al. 36025 |
| 5. | Officer Davis | 3520 Marion Spillway Rd Elmore, Al. 36025 |
| 6. | Officer Jackson (Ms. Jackson) | 3520 Marion Spillway Rd Elmore, Al. 36025 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  From October 17, 2022 - Present Date

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  From October 17, 2022 to present (all) Dorm Officers participate in stealing my personal mail (scans)

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On 8/24/2023 at 10:30 p.m. Lt. Carter attempted to hand inmate Anthony Dorsey a I.R.S. letter to me, when she had Officer O. Royel to call out mail again I heard my name (but) Lt. Carter was telling him (not) to give me my mail — It was legal mail in normal mail (proof) where they stole my stimulus check(s) of $1,800.00

GROUND TWO: Legal mail is (not) properly handed out, and sometimes is opened (and) late.

SUPPORTING FACTS: I have been in continuous contact with E.J.I. (Mr. Brown) 334-269-1803 about this problem, who is able to give a full report of times, and Dates it occured. I also stay in contact with D.O.J. (877-419-2366) who also is able to tell of times, and Dates it occured. (all) Lt. are responsible for passing out legal mail.

GROUND THREE: The personal mail stole from me, and given to inmates by officers has allowed inmates to extort my family and friends.

SUPPORTING FACTS: My friend Brandy Jenkins has been Extorted by several inmates for money, my friend Ashley Williams Crosby has been Extorted by inmates for money, and I do believe they still are Extorting them. They have used personal information from my (Pmod) print-out to steal money from my sister Pamela Bleuinson several occasions (205) 644-3137 her phone number to prove this.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I Request a Hearing in this matter to Sue for Exact amount of money stolen from me and my family, I also request a transfer to (Hamilton A+I) a prison on my approved list until I get my custody and are able to go to Work-Release. I Request a lawyer, and all Court Cost(s) and Fee's be upon the Defendant's.

Chris Dwayne Williams
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/9/2023
(Date)

Chris Dwayne Williams
Signature of plaintiff(s)

Chris Dwayne Williams
AIS #218598 Dorm # A1-25B
Elmore Correctional Facility
3520 Marion Spillway Road
Elmore, Alabama
36025



MONTGOMERY AL 360
12 DEC 2023 PM 3  L

Office of the Clerk, U.S. Middle
District Court of Alabama
1 Church Street, Suite B-110
Montgomery, Alabama

36104-401801